THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent. (Special Franchise Assessment, City of Buffalo, 1917.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

DARWIN HARVEY, Respondent, v. JAMES HARVEY, Appellant, Impleaded, etc.— Appeal dismissed, without costs, upon stipulation filed.

---

## FIRST DEPARTMENT, MAY, 1919.

ELLEN I. MUSGRAVE, as Administratrix, etc., of WILLIAM MUSGRAVE, Deceased, Respondent, v. CHRISTOPHER J. MUSGRAVE, Individually and as Administrator, etc., of ELLEN MUSGRAVE, Deceased, and MARY MUSGRAVE, Individually and as Administratrix, etc., of WILLIAM MUS-GRAVE, Deceased, Appellants, Impleaded with Another. (Action No. 1.)

ELLEN I. MUSGRAVE, as Administratrix, etc., of JAMES MUSGRAVE, Deceased, Plaintiff, v. CHRISTOPHER J. MUSGRAVE, Individually and as Administrator, etc., of ELLEN MUSGRAVE, Deceased, and MARY MUSGRAVE, Individually and as Administratrix, etc., of JAMES MUSGRAVE, Deceased, Appellants, Impleaded with Another. (Action No. 2.)

*Practice — opening default — limitation of action.*

Appeals from orders of the Supreme Court, entered in the New York county clerk's office January 27, 1919, opening plaintiff's default and allowing plaintiff to serve a complaint in the action.

PER CURIAM: One of the objections urged by the defendants to the granting of these motions is that the orders would operate to allow the plaintiff to recover upon a cause of action which was outlawed at the time that the orders to open the defaults were made. Without passing in any way upon the sufficiency of any defense that might be urged under a statute of limitations, we are of opinion that the orders should be modified to provide for the opening of the default, in addition to the terms therein stated, upon condition that the plaintiff stipulate that the defendants may plead any statute of limitations which would be applicable if the action were commenced at the time upon which the orders were entered upon said default, with like force and effect as if the actions were commenced upon said date. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ. Orders modified as stated in opinion and as modified affirmed, without costs.